UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CARDWELL,

                    Plaintiff,

    v.

THERMO FISCHER SCIENTIFIC,

                    Defendant.

**NOTICE OF MOTION**

09-CV-7809

(DAB) (JCF)

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Tara Eyer Daub, Esq., the accompanying memorandum of law, dated February 8, 2010, and all prior pleadings and proceedings herein, defendant Thermo Fisher Scientific Inc. (incorrectly named in the Complaint as "Thermo Fischer Scientific"), will move this Court, before the Honorable Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, New York, New York for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint for failure to state a claim, and for such other and further relief the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposition papers, if any, must be served within fourteen (14) days after service of the moving papers. Reply papers, if any, must be served within seven (7) days after service of the opposition papers.

12877406.1

- 2 -

Dated: February 8, 2010
       Jericho, New York

                              **NIXON PEABODY LLP**

                                  /s/  Tara Eyer Daub
                        By: _____
                             Tara Eyer Daub (TE-7943)

                        50 Jericho Quadrangle, Suite 300
                        Jericho, New York 11753-2728
                        (516) 832-7500
                        tdaub@nixonpeabody.com

                        *Attorneys for Defendant*
                        *Thermo Fisher Scientific Inc.*

To:    Stephen T. Mitchell, Esq.
        110 Wall Street, Suite 11th Floor
        New York, New York 10005

        *Attorney for Plaintiff*

12877406.1                                                           - 2 -